IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 1:20 CR 182 |
| v. ) | |
| ) | Title 21, United States Code, |
| JOHN STEVENSON, aka L, aka L BOOGIE, ) | Sections 841(a)(1), (b)(1)(A), |
| MARLON BROOKS, aka MAN-MAN, ) | (b)(1)(C), 843(b), and 846 |
| SEAN MOORE, aka BIG, ) | |
| JAMES HAMILTON, aka BRIAN, aka B, ) | JUDGE OLIVER |
| DANIEL SHINGLETON, ) | |
| ) | |
| Defendants. ) | |

### COUNT 1
(Conspiracy to Distribute and Possess with the Intent to Distribute Heroin, Fentanyl, and Oxycodone, 21 U.S.C. § 846)

The Grand Jury charges:

1. From in or around December 2015, to in or around February 2019, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants JOHN STEVENSON, aka L, aka L BOOGIE; MARLON BROOKS, aka MAN-MAN; SEAN MOORE, aka BIG; JAMES HAMILTON, aka BRIAN, aka B; DANIEL SHINGLETON and others known and unknown to the Grand Jury did knowingly and intentionally combine, conspire, confederate, and agree together and with each other, and with others known and unknown to the Grand Jury, to distribute and possess with the intent to distribute at least one kilogram of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; at least 400 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II

controlled substance; and a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and (b)(1)(C).

## MANNER AND MEANS OF THE CONSPIRACY

2. It was part of the conspiracy that:

   A. STEVENSON, BROOKS, and N.M. (an individual known to the Grand Jury, but not charged herein) transported fentanyl, heroin, and oxycodone pills from Detroit, Michigan to Mansfield, Ohio.

   B. STEVENSON, BROOKS, and N.M. used and maintained places on South Adams Street and Helen Avenue in Mansfield, Ohio to store and sell heroin, fentanyl, and oxycodone to various drug users.

   C. STEVENSON provided oxycodone to T.C. (an individual known to the Grand Jury, but not charged herein), who sold the oxycodone to various customers in the Northern District of Ohio.

   D. BROOKS provided heroin to T.O. (an individual known to the Grand Jury, but not charged herein) who sold the oxycodone to various customers in the Northern District of Ohio.

   E. STEVENSON, MOORE, HAMILTON, AND K.H. (an individual known to the Grand Jury, but not charged herein) used and maintained places on State Street, Sunset Boulevard, and Lind Avenue in Mansfield, Ohio, for the purpose of storing and selling fentanyl, heroin, and oxycodone.

   F. N.M. provided oxycodone to BROOKS who sold the oxycodone to various customers in the Northern District of Ohio.

G. STEVENSON provided oxycodone to W.N. (an individual known to the Grand Jury, but not charged herein) who sold the oxycodone to various customers in the Northern District of Ohio.

H. STEVENSON provided heroin and fentanyl to BROOKS, K.H., M.S. (an individual known to the Grand Jury, but not charged herein), MOORE, HAMILTON, and SHINGLETON, who sold the heroin and fentanyl to various customers in the Northern District of Ohio.

I. M.S., M.H. (an individual known to the Grand Jury, but not charged herein), and MOORE transported fentanyl and heroin from Detroit, Michigan to Mansfield, Ohio on behalf of STEVENSON.

J. STEVENSON distributed heroin and fentanyl to A.S. (an individual known to the Grand Jury, but not charged herein), S.W. (an individual known to the Grand Jury, but not charged herein), R.T. (an individual known to the Grand Jury, but not charged herein), M.H., and others.

K. SHINGLETON distributed STEVENSON'S fentanyl and heroin from a residence on Douglas Avenue in Mansfield, Ohio.

L. MOORE and HAMILTON distributed STEVENSON'S fentanyl and heroin from residences on Lind Avenue, Florence Avenue, and Louise Avenue in Mansfield, Ohio.

M. Cellular telephones, code words and phrases were used by co-conspirators to facilitate their drug trafficking activities.

ACTS IN FURTHERANCE OF THE CONSPIRACY

3. In furtherance thereof, and to effect the goals and conceal the existence of the conspiracy, the defendants and others performed acts in the Northern District of Ohio and elsewhere, including, but not limited to, the following:

4. On or about August 12, 2018, at approximately 7:15 p.m., N.M. received a telephone call from BROOKS. BROOKS stated, "There ain't nobody over there [none of your subordinate drug dealers are at your drug distribution house]?" N.M. stated, "Uh uh, I'm over, your gonna have to come, um. I ain't got no ride. I'm over on Brickman so you're gonna have to pick me up and take me over to the other house to get it [you will have to take me to my distribution house to get the oxycodone pills]." BROOKS stated, "Okay, I got you." N.M. stated, "And drop me back off. I'm at, on Brick[man], though." BROOKS stated, "Okay, I got you, bro." N.M. stated, "Alright." BROOKS stated, "Alright, bro."

5. On or about August 23, 2018, at approximately 6:50 p.m., N.M. received a text message from BROOKS, which stated, "Another 7 bro [I need an additional seven 30-milligram oxycodone pills from you]".

6. On or about August 30, 2018, at approximately 2:45 p.m., N.M. received a telephone call from BROOKS. N.M. stated, "Hello?" BROOKS stated, "You asleep, bro?" N.M. stated, "No, why you say that?" BROOKS stated, "I'm at the door." N.M. stated, to a person in the residence and not on the phone, "Oh, MAN-MAN [BROOKS] at the door, dog." The unknown male replied, "Right here?" N.M. stated, "Yeah."

7. On or about September 1, 2018, at approximately 5:03 p.m., N.M. received a telephone call from BROOKS. N.M. asked, "What you tryin' to do [what drugs do you want to order]?" BROOKS stated, "Um, the seven [seven 30-milligram oxycodone pills]." N.M. stated,

4

"Of what?" BROOKS stated, "The seven." N.M. stated, "I'm over here on, uh, on the block over here, on [South] Adams [Street]." BROOKS stated, "Okay, I'm comin' from Sheridan." N.M. stated, "Alright."

8. On or about September 3, 2018, at approximately 7:53 a.m., N.M. received a text message from BROOKS, which stated, "On my way now bro my usual 7 [I am coming to you to buy my usual drug order – another seven 30-milligram oxycodone pills]".

9. On or about September 20, 2018, $2,015 in U.S. currency was seized from 45 Lind Avenue, Mansfield, Ohio, a known drug distribution house operated by STEVENSON, MOORE, HAMILTON, and K.H.

10. On or about December 16, 2018, at approximately 2:20 p.m., STEVENSON received a text message from M.S., which stated, "Ok bout to be heading that way [to Detroit to pick up fentanyl]".

11. On or about December 16, 2018, at approximately 2:20 p.m., STEVENSON sent a text message to M.S., which stated, "Ok".

12. On or about December 16, 2018, at approximately 6:08 p.m., STEVENSON received a text message from M.S., which stated, "I'm here".

13. On or about December 16, 2018, at approximately 6:11 p.m., STEVENSON sent a text message to M.S., which stated, "give him [UNC] a min".

14. On or about December 16, 2018, at approximately 6:11 p.m., STEVENSON received a text message from M.S., which stated, "Ok".

15. On or about December 16, 2018, at approximately 6:34 p.m., STEVENSON received a text message from M.S., which stated, "I'm waiting on neph or unk?"

5

16. On or about December 16, 2018, at approximately 6:34 p.m., STEVENSON sent a text message to M.S., which stated, "Unc".

17. On or about December 16, 2018, at approximately 7:07 p.m., STEVENSON received a text message from M.S., which stated, "Omw back [to Mansfield with the fentanyl]".

18. On or about December 16, 2018, at approximately 7:08 p.m., STEVENSON sent a text message to M.S., which stated, "Ok".

19. On or about December 16, 2018, at approximately 10:11 p.m., STEVENSON received a text message from M.S., which stated, "Bout to pull up".

20. On or about December 16, 2018, at approximately 10:14 p.m., STEVENSON sent a text message to M.S., which stated, "Ok".

21. On or about December 22, 2018, at approximately 1:02 p.m., STEVENSON sent a text message to M.S., which stated, "Need some cut [lactose, which is used to cut the fentanyl]".

22. On or about December 22, 2018, at approximately 3:19 p.m., STEVENSON received a text message from M.S., which stated, "I'm throwing some clothes on now & I'llbe thru".

23. On or about December 28, 2018, at approximately 2:33 p.m., MOORE sent a text message to M.S., which stated, "Need you after work bro [to pick up and deliver the fentanyl to me]".

24. On or about December 28, 2018, at approximately 3:23 p.m., MOORE received a text message from M.S., which stated, "I'll get ahold of you when I'm back. But I gotta go home first & shower then I'll come by".

6

25. On or about December 28, 2018, at approximately 3:24 p.m., MOORE sent a text message to M.S., which stated, "Last 8 [I am down to my last eight grams of fentanyl and need resupplied]".

26. On or about December 28, 2018, at approximately 3:25 p.m., MOORE received a text message from M.S., which stated, "Ok".

27. On or about December 28, 2018, at approximately 3:42 p.m., STEVENSON received a text message from M.S., which stated, "Big [MOORE] said they about to run out [of fentanyl]. I'm a hour away till I'll be back. He said to see if you would take it [fentanyl] over. I guess he can't wait till I get back".

28. On or about December 28, 2018, at approximately 3:43 p.m., STEVENSON sent a text message to M.S., which stated, "Where's big [MOORE]".

29. On or about December 28, 2018, at approximately 3:44 p.m., STEVENSON received a text message from M.S., which stated, "Louise [Avenue in Mansfield]".

30. On or about January 2, 2019, at approximately 9:40 p.m., HAMILTON sent a text message to M.S., which stated, "Hey bud need him [need STEVENSON to resupply HAMILTON with fentanyl]".

31. On or about January 2, 2019, at approximately 9:41 p.m., HAMILTON received a text message from M.S., which stated, "Sh** I'm at my mom's tonight. He [STEVENSON] at home with no vehicle right now cause the tags expired."

32. On or about January 2, 2019, at approximately 9:41 p.m., HAMILTON received a text message from M.S., which stated, "I'll let him [STEVENSON] kno but it's most likely gonna be sometime in the a.m".

7

33. On or about January 2, 2019, at approximately 9:42 p.m., HAMILTON sent a text message to M.S., which stated, "K thanks bud".

34. On or about January 3, 2019, at approximately 8:24 a.m., STEVENSON received a text message from M.S., which stated, "Hmu [hit me up] when you up. B [HAMILTON] hit me up he out [of fentanyl]. I go on break at 9 if your around then. If not I'll hit you up at lunch".

35. On or about January 28, 2019, at approximately 9:37 a.m., HAMILTON sent a text message to M.S., which stated, "Hey bud I need [fentanyl] can you make the call for me thanks bud."

36. On or about January 28, 2019, at approximately 9:54 a.m., HAMILTON sent a text message to M.S., which stated, "Hey anything [fentanyl] yet".

37. On or about January 28, 2019, at approximately 10:46 a.m., STEVENSON received a text message from M.S., which stated, "B [HAMILTON] need you [to provide his fentanyl supply]".

38. On or about January 28, 2019, at approximately 10:47 a.m., HAMILTON received a text message from M.S., which stated, "I told him [STEVENSON]. He will be there when he get up. Just tell people [drug customers] it's gonna be a little bit. Shouldn't be to long tho".

39. On or about January 28, 2019, at approximately 10:50 a.m., HAMILTON sent a text message to M.S., which stated, "Got it thanks bud".

40. On or about January 28, 2019, at approximately 10:58 a.m., STEVENSON sent a text message to M.S., which stated, "Got him [I'll take care of delivering fentanyl to HAMILTON]".

8

41. On or about February 4, 2019, at approximately 8:30 p.m., SHINGLETON sent a text message to M.S., which stated, "It's Dan. Use this number. I need to see you after work tomorrow k".

42. On or about February 4, 2019, at approximately 8:44 p.m., SHINGLETON received a text message from M.S., which stated, "Okay buddy".

43. On or about February 5, 2019, at approximately 12:10 p.m., BROOKS received a text message from M.S., which stated, "Leaving work now. Bout 10 min away".

44. On or about February 5, 2019, at approximately 12:10 p.m., BROOKS sent a text message to M.S., which stated, "OK what you looking like [how much fentanyl do you want]"?

45. On or about February 5, 2019, at approximately 12:11 p.m., BROOKS sent a text message to M.S., which stated, "Amount wise".

46. On or about February 5, 2019, at approximately 12:11 p.m., BROOKS sent a text message to M.S., which stated, "Have ready before hand [I will have package it now so it's ready for your pickup]".

47. On or about February 5, 2019, at approximately 12:12 p.m., BROOKS received a text message from M.S., which stated, "Depends. Is it what I'm looking for [the amount I want depends on the type and quality of fentanyl you have]. I didn't think you messed with that [I didn't think you sold fentanyl at this time]".

48. On or about February 5, 2019, at approximately 12:13 p.m., BROOKS sent a text message to M.S., which stated, "Wouldn't txt u".

49. On or about February 5, 2019, at approximately 12:14 p.m., BROOKS received a text message from M.S., which stated, "Bet lol I guess just half [a half gram of fentanyl]. Would get more but want to see what it like first".

50. On or about February 5, 2019, at approximately 12:14 p.m., BROOKS sent a text message to M.S., which stated, "OK".

51. On or about February 5, 2019, at approximately 12:22 p.m., BROOKS received a text message from M.S., which stated, "Pulling up".

52. On or about February 5, 2019, at approximately 12:23 p.m., BROOKS sent a text message to M.S., which stated, "OK".

53. On or about February 5, 2019, at approximately 3:57 p.m., STEVENSON received a text message from M.S., which stated, "Dan [SHINGLETON] called".

54. On or about February 5, 2019, at approximately 4:17 p.m., SHINGLETON sent a text message to M.S., which stated, "About how long you think".

55. On or about February 5, 2019, at approximately 4:18 p.m., SHINGLETON received a text message from M.S., which stated, "Not sure buddy. I told him [STEVENSON] you called he hasn't got back with me yet. Soon as I kno I'll let you kno".

56. On or about February 5, 2019, at approximately 4:17 p.m., SHINGLETON sent a text message to M.S., which stated, "I just got someone [drug customer] waiting".

57. On or about February 5, 2019, at approximately 4:52 p.m., SHINGLETON received a text message from M.S., which stated, "I'll be over shortly. I'll let you kno when I'm close [with the fentanyl]".

58. On or about February 5, 2019, at approximately 8:37 p.m., BROOKS sent a text message to M.S., which stated, "Reading [how good was the fentanyl?] bro been waiting good, bad".

59. On or about February 6, 2019, at approximately 3:42 p.m., BROOKS sent a text message to M.S., which stated, "Bro what up doe [how good was the fentanyl?]".

60. On or about February 6, 2019, at approximately 3:43 p.m., BROOKS received a text message from M.S., which stated, "My fault I was asleep last night i forgot to text you this morning. It was pretty good tho [the fentanyl was good quality]."

61. On or about February 6, 2019, at approximately 3:45 p.m., BROOKS sent a text message to M.S., which stated, "OK first time f*** with dude [buying fentanyl from this alternative supplier] needed three good people reads [I want three good reviews of the fentanyl before I buy more]. Done did fourty over night here [I sold forty grams of fentanyl last night]."

62. On or about February 7, 2019, at approximately 11:15 p.m., BROOKS received a text message from M.S., which stated, "You still up".

63. On or about February 7, 2019, at approximately 11:17 p.m., BROOKS sent a text message to M.S., which stated, "Yep what's good bro".

64. On or about February 7, 2019, at approximately 11:17 p.m., BROOKS received a text message from M.S., which stated, "Sh** need half [half gram of fentanyl]".

65. On or about February 7, 2019, at approximately 11:18 p.m., BROOKS sent a text message to M.S., which stated, "OK how long".

66. On or about February 7, 2019, at approximately 11:18 p.m., BROOKS received a text message from M.S., which stated, "Like 4 or 5 min. Omw now".

67. On or about February 7, 2019, at approximately 11:22 p.m., BROOKS received a text message from M.S., which stated, "Pulling up".

68. On or about February 28, 2019, at approximately 12:11 p.m., BROOKS sent a text message to M.S., which stated, "L boogie [STEVENSON] straight [has not been arrested] bro know feds around [STEVENSON knows federal agents are arresting people]".

69. On or about February 28, 2019, STEVENSON possessed drug paraphernalia, which contained heroin and fentanyl residue, and $10,426 in U.S. Currency at XXX Saxton Road, Mansfield, Ohio.

All in violation of Title 21, United States Code, Section 846.

## COUNTS 2-6
(Use of a Communication Facility in Furtherance of a Drug Trafficking Crime, 21 U.S.C § 843(b))

The Grand Jury further charges:

70. On or about the dates and the approximate times listed below, in the Northern District of Ohio, Eastern Division, and elsewhere, the defendants as designated in the individual counts below, did knowingly and intentionally use a communication facility, to wit: a telephone, to facilitate acts constituting a felony under Title 21, United States Code, Sections 841(a)(1) and 846:

| Count | Defendants | Date | Time |
| --- | --- | --- | --- |
| 2 | SEAN MOORE, aka BIG | 12/28/2018 | 3:24 PM |
| 3 | JAMES HAMILTON, aka BRIAN, aka B | 1/28/2019 | 9:37 AM |
| 4 | JOHN STEVENSON, aka L, aka L BOOGIE | 1/28/2019 | 10:58 AM |
| 5 | DANIEL SHINGLETON | 2/4/2019 | 8:30 PM |
| 6 | MARLON BROOKS, aka MAN-MAN | 2/6/2019 | 3:45 PM |

All in violation of Title 21, United States Code, Section 843(b).

## FORFEITURE

The Grand Jury further charges:

71. The allegations contained in Counts 1-6 of this Indictment are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853. As a result of these

12

offenses, Defendants JOHN STEVENSON, aka L, aka L BOOGIE, MARLON BROOKS, aka MAN-MAN, SEAN MOORE, aka BIG, aka B, JAMES HAMILTON, aka BRIAN, and DANIEL SHINGLETON shall forfeit to the United States: any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of the offenses; and, any and all of their property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses; including, but not limited to, the following:

    a.)      $10,426.00 U.S. Currency possessed by JOHN STEVENSON, aka L, aka L BOOGIE, on February 28, 2019, at a location on Saxton Road, Mansfield, Ohio.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.